THE STATE OF OHIO, APPELLANT, *v.* WAGNER, APPELLEE.

[Cite as *State v. Wagner,* 101 Ohio St.3d 183, 2004-Ohio-706.]

(No. 2002–1808—Submitted January 21, 2004—Decided March 3, 2004.)

{¶ 1} The judgment of the court of appeals is reversed on the authority of *State v. Schmitt*, 101 Ohio St.3d 79, 2004-Ohio-37, 801 N.E.2d 446.

MOYER, C.J., RESNICK, O'CONNOR and O'DONNELL, JJ., concur.

F.E. SWEENEY, J., dissents and would affirm the court of appeals.

PFEIFER, J., dissents for the reasons stated in his dissenting opinion in *State v. Schmitt*, 101 Ohio St.3d 79, 2004-Ohio-37, 801 N.E.2d 446, at ¶ 20–22.

LUNDBERG STRATTON, J., dissents.

_____

Joseph R. Burkard, Paulding County Prosecuting Attorney, and James B. Vanzant, Assistant Prosecuting Attorney, for appellant.